| AO 10 | FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
| Rev. 1/2007 | FOR CALENDAR YEAR 2006 | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FOX, JAMES C | U.S. DISTRICT COURT, NC | 07/16/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT<br>P.O. BOX 2143<br>WILMINGTON, NC 28402 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST # 1 |
| 2. TRUSTEE | TRUST # 2 |
| 3. TRUSTEE | FOUNDATION # 1 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED FINANCIAL DISCLOSURE OFFICE JUL 16 A 11: 14

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #2 | A | Dividend | K | T | | | | | |
| 2. -AMERICAN INTERNATIONAL GROUP INC COMM | | | | | | | | | |
| 3. -AUTOMATIC DATA PROCESSING INC COMM | | | | | | | | | |
| 4. -MEDTRONIC COMM | | | | | | | | | |
| 5. -MICROSOFT CORP COMM | | | | | | | | | |
| 6. -PFIZER COMM | | | | | Partial Sale | 12/05 | J | | |
| 7. -WACHOVIA CORP COMM | | | | | | | | | |
| 8. -RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 9. IRA #1 | D | Dividend | N | T | | | | | |
| 10. -ABBOTT LABORATORIES COMM | | | | | | | | | |
| 11. -MEDTRONIC COMM | | | | | | | | | |
| 12. -AMERICAN EXPRESS COMPANY COMM | | | | | | | | | |
| 13. -TIME WARNER INC COMM (AOL TIME WARNER INC) | | | | | Sell | 9/26 | J | | |
| 14. -BB&T CORP COMM | | | | | Partial Sale | 9/26 | K | | |
| 15. -DELL INC COMM (DELL COMPUTER CORP) | | | | | Sell | 9/14 | K | | |
| 16. -BANK OF AMERICA (FLEETBOSTON FINANCIAL CORP) | | | | | | | | | |
| 17. -GENERAL ELECTRIC CO COMM | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -LILLY, ELI & CO COMM | | | | | Partial Sale | 9/26 | J | | |
| 19. -MERRILL LYNCH & CO INC COMM | | | | | Partial Sale | 9/26 | J | | |
| 20. -MICROSOFT CORP COMM | | | | | | | | | |
| 21. -PROCTER & GAMBLE CO COMM (GILLETTE CO. COMM) | | | | | Partial Sale | 9/26 | K | | |
| 22. -AMERIPRISE FINANCIAL INC COMM | | | | | Sell | 9/26 | J | | |
| 23. -ROYAL DUTCH PETROLEUM CO COMM | | | | | | | | | |
| 24. -TEXAS INSTRUMENTS INC COMM | | | | | Partial Sale | 9/26 | J | | |
| 25. -THE CHUBB CORP COMM | | | | | Split | 4/19 | | | |
| 26. -WYETH COMM | | | | | | | | | |
| 27. -RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 28. -PEPSICO INC. COMM | | | | | Buy | 3/20 | K | | |
| 29. -ABN AMRO BANK BOND | | | | | Buy | 9/26 | K | | |
| 30. -GENL ELECTRIC CAP CORP NOTE | | | | | Buy | 9/28 | K | | |
| 31. -CITIGROUP GLBL MKTS NOTE | | | | | Buy | 9/29 | K | | |
| 32. -IBM CORP NOTE | | | | | Buy | 10/3 | K | | |
| 33. -SCHERING PLOUGH CORP NOTE | | | | | Buy | 10/4 | J | | |
| 34. BROKERAGE #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -RESERVE PRIMARY FUND M/M | A | Dividend | J | T | | | | | |
| 36. BROKERAGE #2 | | | | | | | | | |
| 37. -RESERVE PRIMARY FUND M/M | A | Dividend | J | T | | | | | |
| 38. EATON VANCE FUND #1 (CAPITAL EXCHANGE FUND #1) | E | Dividend | P1 | T | | | | | |
| 39. CHESTNUT ST. EXCHANGE FUND #1 | D | Dividend | O | T | Partial Sale | 3/24 | K | E | |
| 40. | | | | | Partial Sale | 10/4 | K | E | |
| 41. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #1 | F | Dividend | N | T | | | | | |
| 42. VK AMERICAN EXCHANGE FUND #1 | B | Dividend | L | T | | | | | |
| 43. EATON VANCE FUND #2 (CAPITAL EXCHANGE FUND #2) | E | Dividend | P1 | T | | | | | |
| 44. CHESTNUT ST EXCHANGE FUND #2 | D | Dividend | O | T | Partial Sale | 3/24 | K | E | |
| 45. | | | | | Partial Sale | 8/9 | K | E | |
| 46. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #2 | F | Dividend | N | T | | | | | |
| 47. VK AMERICAN EXCHANGE FUND #2 | D | Dividend | N | T | | | | | |
| 48. GALLAHER GROUP PLC #2 COMM | B | Dividend | L | T | | | | | |
| 49. TRUST #1 | E | Dividend | P1 | T | | | | | NOTE A |
| 50. -DUPONT COMM | | | | | Sell | 3/14 | J | C | |
| 51. -GENERAL ELECTRIC CO COMM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -CREE INC COMM | | | | | Sell | 2/28 | J | C | |
| 53. -3M CO COMM | | | | | | | | | |
| 54. - ALLTEL CORP | | | | | Sell | 10/12 | J | A | |
| 55. -DELL INC COMM | | | | | Sell | 10/12 | J | | |
| 56. -DIAGEO PLC COMM | | | | | | | | | |
| 57. -QUALCOMM INC COMM | | | | | Sell | 10/12 | J | | |
| 58. -WINDSTREM CORP COMM (SPINOFF ALLTEL) | | | | | Spinoff | 7/19 | J | | |
| 59. | | | | | Partial Sale | 7/27 | J | A | |
| 60. | | | | | Sell | 10/12 | J | A | |
| 61. -TYCO INTL COMM | | | | | Sell | 3/14 | J | | |
| 62. -COCA-COLA CO COMM | | | | | Sell | 2005 | | | NOTE E |
| 63. -CVS CORP COMM | | | | | | | | | |
| 64. -PROCTER & GAMBLE CO COMM | | | | | | | | | |
| 65. -WAL-MART STORES INC COMM | | | | | Sell | 10/12 | J | | |
| 66. -LOWES CO COMM | | | | | | | | | |
| 67. -PHARMACEUTICAL PROD DEV COMM | | | | | Split | 3/1 | | | |
| 68. -TARGET CORP COMM | | | | | Sell | 10/12 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -CISCO SYSTEMS INC COMM | | | | | Sell | 10/12 | K | D | |
| 70. -HEWLETT PACKARD CO COMM | | | | | | | | | |
| 71. -INTEL CORP COMM | | | | | Sell | 10/12 | K | A | |
| 72. -MICROSOFT CORP COMM | | | | | | | | | |
| 73. -ORACLE CORP COMM | | | | | Sell | 3/14 | K | C | |
| 74. -WYETH COMM | | | | | | | | | |
| 75. -BRISTOL-MYERS SQUIBB CO COMM | | | | | Partial Sale | 3/14 | J | C | |
| 76. | | | | | Sell | 10/12 | K | D | |
| 77. -PFIZER INC COMM | | | | | Sell | 10/12 | K | D | |
| 78. -ABBOTT LABS COMM | | | | | Sell | 10/12 | J | B | |
| 79. -MEDTRONIC INC COMM | | | | | Sell | 10/12 | J | | |
| 80. -US BANCORP DEL COMM NEW | | | | | | | | | |
| 81. -ZIMMER HOLDINGS INC COMM | | | | | | | | | |
| 82. -FPL GROUP INC COMM | | | | | Sell | 10/12 | K | D | |
| 83. -EXXON MOBIL CORP COMM | | | | | | | | | |
| 84. -AT&T INC COMM (SBC COMMUNICATIONS INC COMM) | | | | | | | | | |
| 85. -BANK AMERICA COMM | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -CITIGROUP INC COMM | | | | | Sell | 10/12 | K | | |
| 87. -HARTFORD FINL SVCS GRP COMM | | | | | | | | | |
| 88. -JP MORGAN CHASE & CO COMM | | | | | | | | | |
| 89. -PRAXAIR INC COMM | | . | | | BUY | 3/17 | J | | |
| 90. -VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 91. -IDEARC INC COMM (SPINOFF VERIZON COMMUNICATIONS) | | | | | Spinoff | 11/20 | J | | |
| 92. -BARCLAYS BANK PLC FUND | | | | | BUY | 10/17 | K | | |
| 93. -COHEN & STEER INSTL RLTY FUND | | | | | BUY | 10/13 | L | | |
| 94. -EVERGREEN NC MUNICIPAL BOND | | | | | BUY | 10/13 | L | | |
| 95. -NUVEEN FUNDS HIGH YIELD MUNI BD | | | | | BUY | 10/13 | K | | |
| 96. -PIMCO EMERGING MARKETS BOND | | | | | BUY | 10/13 | K | | |
| 97. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 98. TRUST #2 | E | Dividend | O | T | | | | | NOTE B |
| 99. -GENERAL ELECTRIC COMM | | | | | | | | | |
| 100. -TYCO INTL COMM | | | | | Sell | 3/14 | K | D | |
| 101. -UNITED TECHNOLOGIES CORP COMM | | | | | | | | | |
| 102. -ALTRIA GROUP INC COMM (PHILIP | | | | | Sell | 10/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MORRIS) | | | | | | | | | |
| 103.  -CARNIVAL CORP COMM | | | | | | | | | |
| 104.  -LOWES COMM | | | | | | | | | |
| 105.  -TARGET CORP COMM | | | | | Sell | 10/12 | K | D | |
| 106.  -CISCO SYS COMM | | | | | | | | | |
| 107.  -HEWLETT PACKARD COMM | | | | | | | | | |
| 108.  -INTEL CORP COMM | | | | | | | | | |
| 109.  -IBM CORP COMM | | | | | | | | | |
| 110.  -PROCTER & GAMBLE COMM | | | | | Buy Addl Shr | 3/17 | J | | |
| 111.  -3M CO COMM | | | | | | | | | |
| 112.  -ALLTEL CORP COMM | | | | | Sell | 10/12 | J | A | |
| 113.  -DIAGO PLC COMM | | | | | Sell | 10/12 | J | B | |
| 114.  -QUALCOMM INC COMM | | | | | Sell | 10/12 | J | | |
| 115.  -WINDSTREAM CORP COMM (SPINOFF FROM ALLTEL) | | | | | Spinoff | 7/19 | J | | |
| 116. | | | | | Partial Sale | 7/19 | J | | |
| 117. | | | | | Sell | 10/12 | J | A | |
| 118.  -MICROSOFT CORP COMM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -ORACLE CORP COMM | | | | | Sell | 3/14 | J | B | |
| 120. -AMGEN INC COMM | | | | | Sell | 10/12 | K | E | |
| 121. -ABBOTT LABS COMM | | | | | | | | | |
| 122. -MEDTRONIC INC. COMM | | | | | Sell | 10/12 | J | | |
| 123. -JOHNSON & JOHNSON COMM | | | | | | | | | |
| 124. -PFIZER INC COMM | | | | | | | | | |
| 125. -WYETH COMM | | | | | | | | | |
| 126. -ZIMMER HOLDINGS INC COMM | | | | | Sell | 10/12 | J | A | |
| 127. -EXXON MOBIL CORP COMM | | | | | | | | | |
| 128. -FPL GROUP INC COMM | | | | | Sell | 10/12 | K | D | |
| 129. -DELL INC COMM | | | | | Sell | 10/12 | J | | |
| 130. -AT&T COMM (SBC COMMUNICATIONS COMM) | | | | | | | | | |
| 131. -AMERICAN INTL GROUP COMM | | | | | Sell | 10/12 | J | | |
| 132. -BANK AMERICA CORP COMM | | | | | | | | | |
| 133. -HARTFORD FINANCIAL SERVICES GROUP INC COMM | | | | | Sell | 10/12 | K | D | |
| 134. -JP MORGAN CHASE & CO COMM | | | | | | | | | |
| 135. -WACHOVIA CORP COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -CREE INC COM | | | | | Buy | 6/19 | J | | |
| 137. | | | | | Sell | 10/12 | J | | |
| 138. -PRAXAIR INC COMM | | | | | BUY | 3/17 | J | | |
| 139. -COHEN & STEER INSTL RLTY FUND | | | | | BUY | 10/13 | L | | |
| 140. -BARCLAYS BANK PLC FUND | | | | | BUY | 10/17 | K | | |
| 141. -EVERGREEN NC MUNI BOND | | | | | BUY | 10/13 | L | | |
| 142. -NUVEEN FUNDS HIGH YIELD MUNI BD | | | | | BUY | 10/13 | K | | |
| 143. -PIMCO EMERGING MARKETS BOND | | | | | BUY | 10/13 | K | | |
| 144. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 145. FOUNDATION #1 | E | Dividend | O | T | | | | | NOTE C |
| 146. -WYETH COMM | | | | | | | | | |
| 147. -BB&T CORP COMM | | | | | | | | | |
| 148. -BP AMOCO COMM | | | | | | | | | |
| 149. -DUKE ENERGY CORP NEW COMM (MERGER FR DUKE ENERGY CORP) | | | | | Merger | 4/4 | | | |
| 150. -LILLY, ELI & CO COMM | | | | | | | | | |
| 151. -NUVEEN PREF & CONV INCOME MF | | | | | | | | | |
| 152. -PIEDMONT NATUARAL GAS COMM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 154. -IDEARC INC COMM (SPINOFF FR VERIZON COMMUN.) | | | | | Spinoff | 11/20 | J | | |
| 155. -WACHOVIA CORP COMM | | | | | | | | | |
| 156. -BALTIMORE GAS & ELEC CO BOND | | | | | Redemtion | 12/15 | K | | |
| 157. -BLOCK FINANCIAL CORP BOND 04/15/07 | | | | | | | | | |
| 158. -UNION TANK CORP BOND 06/01/09 | | | | | | | | | |
| 159. -CONSOLIDATED EDISON BOND 05/01/10 | | | | | | | | | |
| 160. -FORD MOTOR CREDIT CORP NOTE 10/28/09 | | | | | | | | | |
| 161. -VERIZON MARYLAND BOND | | | | | | | | | |
| 162. -RESERVE PRIMARY FUND M/M | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE A - Under the distributive provisions of the Trust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or part to members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of theTrust # 2, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more of such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignatioon and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment in regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated exclusively for charitable, religious, scientific and educational purposes. The assets of the trust approximated ███████ at December 31, 2006.

NOTE D - Abbreviations used in the description of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

NOTE E - Coca - Cola Co Comm stock was sold on 10/7/05 for a loss, but the sale was accidentally omitted from the 2005 Disclosure Statement.

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 07/16/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date___ 7/13/07 ___

NOTE: ANY I█████████KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMIN█████████TIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544